UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
CHUBB SEGUROS ARGENTINA S.A. a/s/o AMX  :
ARGENTINA S.A.,        :  **ORDER GRANTING**
        :  **MOTION TO VACATE**
        Plaintiff,  :
  -against-  :  20 Civ. 3074 (AKH)
        :
UPS, SAVINO DEL BENE U.S.A. INC. and GROUND  :
LOGISTICS & TRANSPORTATION, INC.  :
        :
        Defendants.  :
       :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The motion to vacate the Clerk's certificate of default is granted, and the certificate is vacated.  Defendant UPS shall move, by January 22, 2021, to drop and add the appropriate UPS defendant, unless there is prior agreement filed on ECF.  The Initial Case Management Conference will be held February 12, 2021, 10:00 a.m.  The Clerk shall terminate ECF No. 20.

       SO ORDERED.

Dated:    January 13, 2021                    /s/
        New York, New York           ALVIN K. HELLERSTEIN
                                       United States District Judge