UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

CHUBB SEGUROS ARGENTINA S.A. a/s/o
AMX ARGENTINA S.A.,                        :         **ORDER**

                                              :

                           Plaintiff,  :        20 Civ. 3074 (AKH)
        -against-                      :

                                              :

UPS, SAVINO DEL BENE U.S.A., INC., and  :
GROUND LOGISTICS &                :
TRANSPORTATION, INC.,               :

                                            :

                         Defendants.  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.  All pending court dates are cancelled.  The Clerk is directed to close the case.

SO ORDERED.

Dated:       June 7, 2022                      _____/s/ Alvin K. Hellerstein_____
             New York, New York               ALVIN K. HELLERSTEIN
                                        United States District Judge

1